AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:21-MJ-00273 | Date and time warrant executed: 4/23/21 6am | Copy of warrant and inventory left with: Milagros Galetto |
| Inventory made in the presence of : Milagros Galetto | | |

Inventory of the property taken and name of any person(s) seized:

(1) Black Samsung Galaxy S10 (IMEI 358090108300916 and serial R38MC078YMV) and charger

(1) tan-colored Craftsman jacket with light grey hoodie sewn in, size XL

(1) Macbook Air (serial # C02M343FF5V7) and charger

(1) black Eastport backpack

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/23/21

*Jessica Salo*
Executing officer's signature

SA Jessica Salo
Printed name and title